# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TOM RILEY, HEATHER SHRUM
and GARY AMBROSE,

    Plaintiffs,

v.                                Case No:  6:22-cv-499-RBD-EJK

GENERAL MOTORS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice (Doc. 83), filed April 10, 2023. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Heather Shrum's claims against General Motors, LLC are hereby **DISMISSED WITH PREJUDICE**. Given the resolution of all Heather Shrum's claims, the Clerk is **DIRECTED** to terminate Plaintiff Heather Shrum as a party to this action. The remaining Plaintiffs' claims against General Motors, LLC shall remain pending.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 11, 2023.



ROY B. DALTON JR.
United States District Judge